*MBC*
*DM*

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

| Official Use Only | | Case:2:19-cv-11106 |
|---|---|---|
| Case Number | Judge | Judge: Tarnow, Arthur J.<br>MJ: Grand, David R.<br>Filed: 04-16-2019 At 02:42 PM<br>CMP HARPER JR. v UNKNOWN ARKESTEYN, ET AL (dat) |

## PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

### Plaintiff's Information

| Name Willie E. Harper Jr. | | | Prisoner No. 932428 | |
|---|---|---|---|---|
| Place of Confinement Bellamy Creek Correctional Facility | | | | |
| Street 1727 West Bluewater | City Ionia | | State MI. | Zip Code 48846 |

Are there additional plaintiffs?   ☑ Yes   ☐ No

If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. *You must provide names, prisoner numbers and addresses for all plaintiffs.*

### Defendant's Information

| Name Unknown Arkesteyn | | | Position Mental Health Practione |
|---|---|---|---|
| Street/P.O. Box 2500 South Sheridan Rd. | City Muskegon | State MI | Zip Code 49442 |

Are you suing this defendant in his/her:   ☑ Personal Capacity   ☐ Official Capacity   ☑ Both Capacities

Are you suing more than one defendant?   ☑ Yes   ☐ No

If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. *You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.*

1

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

## I.  PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☑ Yes          ☐ No

If "Yes," complete the following section. If "No," proceed to Part Ii.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| |
|---|
| Docket or Case Number: 2:15-cv-134 |
| Name of Court: United States District Court Western District |
| Parties (Caption or Name of Case): Harper vs. Unknown Pauley |
| Disposition: Failure to state a claim |

| |
|---|
| Docket or Case Number: |
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

| |
|---|
| Docket or Case Number: |
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

*Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.*

2

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes.

SEE Attachment

## III. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. Set forth each claim in a separate paragraph. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

SEE Attachment

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

SEE Attachment

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed (signed) on ___April 8, 2019___ (date).

_____
Signature of Plaintiff

Unknown Foster - Mental Health Practioner
Muskegon Correctional Facility
2500 South Sheridan Road
Muskegon, Michigan 49442
Suing in both capacities

Unknown Stevenson - Mental Health Practioner
Muskegon Correctional Facility
2500 South Sheridan Road
Muskegon, Michigan 49442
Suing in both capacities

Unknown Egbuchulum - Classification Director
Charles Egler Reception+ Guidance Center
3855 Cooper Street
Jackson, Michigan 49201
Suing in both capacities

Unknown Thompson - Resident Unit Manager
Bellamy Creek Correctional Facility
1727 West Bluewater Highway
Ionia, Michigan 48846
Suing in both capacities

I declare that the statements above
are true to the best of my information,
knowledge, and belief.

Plaintiff says:

Plaintiff Willie E. Harper Jr. is now and at all times relevant to this complaint has been, a state prisoner in the custody of the Michigan Department Of Corrections and confined at Bellamy Creek Correctional Facility.

## Jurisdiction

Jurisdiction is invoked pursuant to MCL 600.605, 611, 631, MCR 2.605, MCR 3.305, and 42 U.S.C. 1983 which provides redress for the deprivation under color of state law of rights; privileges, and immunities secured to all citizens and persons within the jurisdiction of the United States by the Constitution and laws of the United States

## Statement Of Facts

1. While Plaintiff Harper was incarcerated at Muskegan Correctional Facility, Plaintiff Harper filed a grievance against Mental Health Practioners Unknown Arkesteyn, Unknown

Foster for inappropriately Assessing him
As a sex offender on April 13, 2018;

2. Plaintiff Harper was reviewed at
Step I by Unknown Stevenson Mental
Health Practioner on or about April 28,
2018. Plaintiff Harper's grievance was
denied at Step I. Plaintiff Harper
Appealed Unknown Stevenson's Mental
Health Practioner's decision at Step II
And his appeal was denied by Tom
Osier, M.A. Assistent Mental Health
Service Director on May 28, 2018;

3. On June 5, 2018 Plaintiff Harper
Was transfered from Muskegon Correctional
Facility to Bellamy Creek Correctional
Facility. Plaintiff Harper Alleges that he
Was transfered out of retaliation for
filing a grievance Against Mental
Health Practioners Unknown Arkesteyn,
And Unknown Foster to Bellamy Creek
Correctional Facility under the guise of
the Michigan Sex Offender Program
(MSOP).

4. Plaintiff Harper Appealed the decision at Step III with the Ombudsman Grievance Section Office Of Legal Affairs on June 11, 2018. Plaintiff's Appeal was denied by Unknown Harbaugh, RN Bureau of HEALTH Services on Oct 12, 2018 And mailed by Richard D. Russell, Mananger, Grievance Section Office Of Legal Affairs on Oct 19, 2018. (see Exhibit A)

5. While waiting on a response, Plaintiff Harper filed a motion to correct his Pre Sentence Investigation Report (PSIR) on July 6, 2018 to be Amended in the Third District Court Of Wayne County to reflect the charge of First Degree Home Invasion which he was convicted of. Plaintiff Harper's motion was sent back to him by Honorable Judge Bruce U. Morrow, Third Circuit Judge stating that Plaintiff motion lack specific claims on September 4, 2018. (see Exhibit B)

6. On Semptember 18, 2018 Plaintiff Harper filed a Renewed Motion

(3)

to correct Pre Sentence Investigation Report (PSIR) on the Third District Court Of Wayne County. Plaintiff's Harper motion was denied by Honorable Judge Brue U. Morrow on December 7, 2018. (SEE Exhibit C)

7. On November 4, 2018 Plaintiff filed a grievance against Unknow Thompson, for defamation when she labeled Plaintiff Harper as a sex offender. On November 11, 2018 Plaintiff Harper's grievance was denied at Step I by Unknown Wright Resident Unit Manager (RUM). Plaintiff Harper received the response on December 7, 2018. Plaintiff Harper appealed Unknown Wright's decision on December 17, 2018 and his appeal was denied at Step II by Warden Trierweiler on January 3, 2019. Plaintiff Harper appealed Warden Trierweiler decision with the Ombudsman Office Of Legal Affairs on January 7, 2019. The Ombudsman declined to investigate his complaint. (SEE Exhibit D)

8. On Febuary 7, 2019, Plaintiff Harper filed an appeal in the Court Of Appeals contesting Honorable Judge Bruce U. Morrow, Third Circuit Court Judge of Wayne County decision not to correct Plaintiff's Pre Sentence Investigation Report (PSIR). Plaintiff Harper is now Awaiting a decision from the Court Of Appeal which can take several months. Lower Court number 17-007857-01-FH, Court Of Appeals number 347623. (See Exhibit E)

9. Statement Of Claims
9. Classification Director Unknown Egbuchulum wrongfully classified Plaintiff Willie E. Harper Jr As a sex offender under U.S.C. s § 402 (c), 28 C.F.R. § 571.72 (A)(1) violations of due process, double Jeopardy under United States Constitution Amendments Fifth, Eighth, And the Fourteenth Amendment right of Procedural Due Process

10. Mental Health Practioners Unknown Arkesteyn, Unknown Foster, Unknown Stevenson violated Plaintiffs First Amendment right of the United States

Constitution to pursue redress of grievances, Eighth Amendment right against cruel and unusal punishment, Fifth Amendment right of Procedural Due Process.

11. Unknown Thompson Unit 6 Area Resident Supervisor (ARUS) knew or reasonably should have known that the defamatory statement she made towards Plaintiff Harper was with malacious willful intention, derogatory, demeaning, humiliating, and degrading by labeling Plaintiff Harper as a sex offender. Thus violating Michigan Department of Corrections Policy Directive 03.03.130 Humane Treatment and Living Conditions, Policy Directive 02.03.109 Code of Ethics as well as federal criminal law. Deprivation was committed by Unknown Thompson who knew the action she took within the sphere of her official responsibility would violate Plaintiff Harper constitutional rights.

Defamation is that which tends to injure "reputation" in the popular sense, to diminish the esteem, respect, good-

(6)

will or confidence in which the plaintiff is held, or to excite adverse, derogatory or unpleasant feelings or disgrace.

12. Defendants Unknown Arkesteyn, Unknown Foster, Unknown Stevenson, Unknown Egbuchulum acting under color of state law, acting individually, and in concert transfered Plaintiff out of retaliation to Bellamy Creek Correctional Facility under the guise of the Michigan Sex Offender Program (MSOP) for involuntary psychiatric treatment for sexual treatment for sexual diviant behavior thus violating Plaintiff Harper's rights and guarantees provided by the United States Constitution as follows:

A. The guarantee to pursue redress of grievances U.S. Const. AM I;

B. The guarantee against cruel and unusual punishment U.S. Const. AM VIII;

C. The guarantee against denial of due process U.S. Const. AM V and XIV. Mich Const. Art 1, § 2. 17

D. The guarantee against denial of Equal protection of the law, U.S. Const, AM XIV, Mich Const. Art 1, § 2

13. The stigmatizing consequences of a transfer to another prison as a sex offender for involuntary psychiatric treatment coupled with subjection to mandatory behavior modification as a treatment for sexual divancy constitutes deprivation of liberty that requires procedural protections under the due process clause.

14. The Michigan Sex Offender Program (MSOP) is not within Plaintiff Harper's imposed sentence since he is incarcerated for committing First Degree Home Invasion and not for committing a sexual offense. Nor has Plaintiff Harper been accused of sexual wrongdoing while incarcerated in the correctional facility. In turn compelled treatment, i.e. sex offender therapy changes the condition of Plaintiff Harper's sentence and accordingly constitutes a loss of liberty that exceeds Plaintiff Harper loss of freedom from confinement.

(8)

15. Plaintiff Harper first claims he was wrongfully classified as a sex offender in prison without being convicted of any sex crime. The classification as a sex offender violates Plaintiff Harper's process rights because he was labeled a sex offender. Sex offender are treated differently in prison.

16. Plaintiff Harper contends the classification violates his rights against self incrimination because he will be forced to admit pass behavior in sex offense classes

17. Plaintiff Harper also contends his classification will improperly subject him to Michigan Notification Act after release from prison. As a consequence of being classified as a sex offender, Plaintiff Harper is inelligeable for minimum custody classification. Prisoners in minimum custody are elligeable for certain work release programs and community custody programs.

18. Plaintiff Harper also contends a result of being classified as a sex of-

(9)

fender he must participate in the Michigan Sex Offender Program (MSOP) as a prerequiste for parole eligibility. Plaintiff Harper contends this requirement violates his constitutional rights and has declined to participate in the program.

19. Moreover, Plaintiff Harper contends his classification as a sex offender imposes a stigma that amounts to a significant hardship to ordinary incidents of prison life. Plaintiff Harper contends he received neither notice or an oppurtunity to be heard prior to being classified as a sex offender.

20. Thiad, Plaintiff Harper contends Mental Health Service Practioners Unknown Arkesteyn, Unknown Foster, Unknown Stevenson, inappcoprietly assessed him as a sex offender without evaluating him prior to being labeled a sex offender. Plaintiff Harper who has never been convicted of a sex offender is entitled to procedure due process before being labeled and

(10)

classified as a sex offender by custodial officials

21. There are multiple routes by which Plaintiff Harper may find himself in the branded class. Michigan Department Of Corrections Mental Health Service have classified prisoners as sexual offenders in cases when the inmate was once arrested or charged with a sexual offense, only to have the case dismissed; or was originally charged with a none sexual offense, and in some cases the prisoner was acquitted. In the Michigan Department Of Corrections Mental Health Services View, the underlying facts of an entirely non sexual conviction included a "sexual" componet". These classifications may be security measures but they can't be disciplinary ones.

22. Plaintiff Harper have not been accused of sexual wrongdoing while in the correctional facility. Rhather, the Michigan Department Of Corrections Mental Health Practioners have based their inferences outside the corrections

(11)

institution such as police reports, sentencing documents, or other records that may indicate to prison official that Plaintiff Harper escaped a conviction for sexual assault through for example, a savvy plea bargin or poor prosecutorial charging decisions. Such external evidence can be quite compelling, Michigan Department of Mental Health Service justification for their decisions are less persuasive.

23. Pursuant to MCL 600.4431, MSA 27 A.4331 which provides that damages and cost may be awarded in an action to Plaintiff.

## Relief

Wherefore Plaintiff Willie E. Harper Jr. request the following relief:

A) Issue a declatory judgement determining Plaintiff Harper's classification as a sex offender to be violative of his rights under the United States Constitution, 42 U.S.C. § 1983 and the Michigan Constitution of 1963;

(12)

B) That by appropriate order, the Court order Michigan Department of Corrections Mental Health Service to exempt Plaintiff Harper from the Michigan Sex Offender Program presently housed at Bellamy Creek Correctional Facility with all deliberate speed.

C) That by appropriate order, the Court issue a lien on all Defendants financial assets until final disposition of this case;

D) Retain jurisdiction of the matter, and appoint a master to supervise the implentation of this order;

Award to Plaintiff Twenty-Thousand Dollars (20,000.00) as compensatory damages from Defendants Unknown Arkesteyn, Unknown Foster, Unknown Egbuchulum, and Unknown Thompson.

Award to Plaintiff Twenty-Thousand Dollars (20,000.00) as punitive damages from Defendants Arkesteyn, Unknown Foster, Unknown Stevenson, Unknown Egbuchulum, and Unknown Thompson.

(13)

Award to Plaintiff Twenty-Thousand Dollars (20,000.00) as Mental Anguish from Defendants Unknown Arkesteyn, Unknown Foster, Unknown Stevenson, Unknown Egbuchulum, and Unknown Thompson.

Award to Plaintiff Twenty-Thousand Dollars (20,000.00) as Emotional Distress from Defendants Unknown Arkesteyn, Unknown Foster, Unknown Stevenson, Unknown Egbuchulum, and Unknown Thompson.

Award to Plaintiff Twenty-Thousand Dollars (20,000.00) as Defamation from Defendant Unknown Thompson.

Allow to Plaintiff his costs, fees, and any additional relief this Court deems just and proper.

I declare that the statements above are true to the best of my information, knowledge and belief.

Respectfully Submitted,

3Rllie R. Harper Jr

Exhibit A

## Step III Grievance Response

**WILLIE HARPER**   IBC   **932428**   6-123-T

18040387

Grievant alleges he is inappropriately being recommended for the Michigan Sex Offender Program.

All relevant information within the electronic medical record has been reviewed. Step I and Step II appropriately addressed this grievance and are affirmed at the Step III appeal. As noted, placement into the MSOP is based upon a number of criteria. Your disagreement is not support for a violation and one has been identified.

Grievance appeal denied.

Response of Bureau of Health Care Services          Date:      10/11/2018

Approved: _R Harbaugh RN 2_____          Date: _10/12/18_____
                  R. Harbaugh, RN

_RD Russell_____          OCT 1 9 2018
Richard D. Russell  Manager, Grievance Section Office of Legal Affairs          _____
                                                                                          Date Mailed

Ref. #          28349

C:          Warden – MCF
            Regional Health Care Administrator          Northern
            Grievant

(18)



# THIRD JUDICIAL CIRCUIT
## OF MICHIGAN

BRUCE U. MORROW
CIRCUIT COURT JUDGE

FRANK MURPHY HALL OF JUSTICE
1441 ST. ANTOINE
DETROIT, MICHIGAN 48226

(313) 224-0415
FAX (313) 967-6785

September 4, 2018

Willie E. Harper, Jr.
Inmate #932428
Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI 48846

RE:   People v Willie E. Harper, Jr.
      Case No. 17-007857-01-FH

Dear Mr. Harper:

   Your Motion lacks specific claims as to what is inaccurate on your presentence report.  I am returning your Motion without ruling on it.

Sincerely,

Bruce U. Morrow
Third Circuit Court Judge

BUM/kl

Enclosure(s)

(19)

Exhibit C



## THE THIRD JUDICIAL CIRCUIT
### OF MICHIGAN

BRUCE U. MORROW
CIRCUIT COURT JUDGE

FRANK MURPHY HALL OF JUSTICE
1441 ST. ANTOINE
DETROIT, MICHIGAN 48226

(313) 224-0415
FAX (313) 967-6785

Willie E. Harper, Jr.
Inmate #932428
Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI  48846

Dear Mr. Harper:

Please find enclosed, this Court's Order Denying your Renewed Motion to Correct Presentence Report.

Sincerely,

Bruce U. Morrow
Third Circuit Court Judge

BUM/va

Enclosure(s)

Exhibit Page ID-2501

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I __11 9 18__    Grievance Identifier: __I B C 1 8 1 1 1 2 7 0 2 4 1 7 Z__

| **Be brief and concise in describing your grievance issue.** If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library. | | | | | |
|---|---|---|---|---|---|
| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
| Willie Harper | 932428 | IBC | ~~——~~ | 11 02 18 | 11 04 18 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? __I Attempted__
If none, explain why. to speak with Ms Thompson requesting an
Administrative hearing because I'm not an sex offender.
Ms. Thompson became combative when I told her that I've
been falsely identified as a sex offender.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. Ms. Thompson violated
P.D. 02.03.100 L Conduct Unbecoming Of An Employee when she
became combative. Ms. Thompson Also violated P.D. 01.04.110 Admi-
nistrative Rules, Policies, And Procedure. When she labeled a sex
offender. In doing so resulted in defamation of my character
And character assassination in violation of P.D. 02.03.107. It
is clearly reflected in my PSI, that the 6 counts 3rd degree
CSC were dismissed And there is no prior history of sexual
deviancy on my criminal record.

_Willie C. Harper_
Grievant's Signature

---

RESPONSE (Grievant Interviewed? ☑ Yes ☐ No    If No, give explanation. If resolved, explain resolution.)

— See Attached Response —

| | | | |
|---|---|---|---|
| _R. Wright_ | 11-19-18 | _MW_ | 12 7 18 |
| Respondent's Signature | Date | Reviewer's Signature | Date |
| R. Wright | RUM | MW Aley | ADW |
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

11-13-18

| Date Returned to Grievant: 12 10 18 | If resolved at Step I, Grievant sign here. Resolution must be described above. | |
|---|---|---|
| | Grievant's Signature | Date |

DISTRIBUTION: White, Green, Canary, Pink -- Process to Step One; Goldenrod — Grievant

(21)

MICHIGAN DEPARTMENT OF
CORRECTIONS

CSJ-247S – DRAFT 7/9/2018

### STEP I GRIEVANCE RESPONSE SUPPLEMENTAL FORM

| Grievance #: | IBC-18-11-272-17Z | Prisoner Interviewed: | YES ☒ | IF NO INTERVIEW, GIVE REASON: |
|---|---|---|---|---|
| Prisoner Name: | Harper | | NO ☐ | _____ |
| Prisoner #: | 932428 | | | _____ |

| Lock/Location: | | Extension Granted: | |
|---|---|---|---|
| 6-123-T | YES: ☐ | NO: ☐ | If "YES" end date: |

**COMPLAINT SUMMARY:**

Grievant claims PC Thompson became combative and labeled him a sex offender on 11/2/18. Grievant stated someone named Ms. Stevenson from MCF did this to him. Grievant wants to be removed from HU-6.

**INVESTIGATION SUMMARY:**

During my investigation of this grievance I interviewed PC Thompson and she stated she did say Harper is a sex offender and all sex offenders are housed in housing unit 6. PC Thompson denied calling the grievant a predator.

I was unable to find any creditable evidence to support/verify the grievant's claim that PC Thopmson called him a predator.

**APPLICABLE POLICY, PROCEDURE, ETC.:**

PD-03.02.130 Prisoner/Parolee Grievances
PD-03.03.130 Humane Treatment & Living Conditions for Prisoners

**DECISION SUMMARY:**

Grievant concerns were investigated and I found no credible evidence to verify his claims. This grievance is denied at step I.

| As reported on CSJ-247A Step I Prisoner/Parolee Grievance Form: | RESOLVED: ☐ | PARTIALLY RESOLVED: ☐ | DENIED: ☒ |
|---|---|---|---|
| RESPONDENT NAME: | Rufus Wright | TITLE: | RUM |
| RESPONDENT SIGNATURE: | | DATE: | 11/19/18 |
| REVIEWER NAME: | M. Walczak | TITLE: | ADW |
| REVIEWER SIGNATURE: | | DATE: | 12-1-18 |

Distribution: Original - Step I Grievance Coordinator      Copies -- 2 To Grievant

(22)

Exhibit 23 (M.R.)

MICHIGAN DEPARTMENT OF CORRECTIONS                                    12/97
PRISONER/PAROLEE GRIEVANCE APPEAL FORM                              CSJ-247B

Date Received by Grievance Coordinator
at Step II __12·17-18__          Grievance Identifier __IBC 18 1 1 1 2702 17Z__

INSTRUCTIONS:   THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided
with a Step I resonse in a timely manner) MUST be attached to the white copy of this form if you appeal it at both Step II
and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: __M. Vroman__
Step II Grievance Coor. by __1/3/19__ . If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's
Office, P.O. Box 30003, Lansing, Michigan, 48909

| Name (first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Willie Harper | 932428 | IBC | X-3-258T | 12/10/18 | 12/15/18 |

STEP II – Reason for Appeal  Rum Wright violated PD 03.03.100 Conduct
Unbecoming of An Employee by Altering my statement from
Sex offender to predator. Ms. Thompson even admits to calling
me A Sex offender As reflected in the investigation summary.
I'm not An convicted sex offender nor I'm I serving A
sentence for crimes listed in 750.520. So, Therefore, Ms. Thompson
was in direct violation when she referd to me As A Sex offender

| STEP II – Response | Date Received by Step II Respondent: 12·17·18 |
|---|---|

See attached.

| T. TRIERWEILER   Tony Trierweiler   1-3-19 | Date Returned to Grievant: 1/3/19 |
|---|---|
| Respondent's Name (Print)   Respondent's Signature   Date | |

STEP III – Reason for Appeal  By labeling me A sex offender violated the fifth
Eigth, and the Fourteenth Amendment of the U.S Constitution of Due
Process And Equal protection Clause. I'm not A sex offender As set
forth in 750.520 Ms. Thompson and Rum Wright have As A collective body
Violated my constitutional rights

NOTE:  Only a copy of this appeal and the response will be returned to you.

STEP III – Director's Response is attached as a separate sheet.

If you find the Step III Director's response unsatisfactory, you have the option of referring the grievance to the Office of
Legislative Corrections Ombudsman, 4th Floor, Capitol Hall, 115 W. Allegan, Lansing, Michigan, 48913.

DISTRIBUTION:   White – Central Office;   Green - Canary – Step III;   Pink – Step II;   Goldenrod – Grievant

(23)

## Step II Appeal Response

Grievance Identifier: IBC 18-11-2702-17Z
Name: Harper
Number: 932428
Institution: IBC
Lock: 3-258 T

Response: Step I response by RUM R. Wright is both adequate and appropriate to address the allegations or concerns presented in the grievance.

Prisoner Harper's appeal provides neither evidence nor information that substantiates his allegations.

Grievance denied.


Tony Trierweiler, Warden
Respondent's Name                    Respondent's Signature                    Date

Exhibit D



**Office of Legislative
Corrections Ombudsman**

**Keith Barber
Ombudsman**

*P.O. Box 30036
Lansing, MI 48909
(Office) 517-373-8573
(Fax) 517-373-5550
Ombudsman.legislature.mi.gov*

January 22, 2019

Willie Harper 932428
IBC
1727 W. Bluewater Hwy
Ionia, MI 48846

RE: Complaint submitted to the Ombudsman

Dear Mr. Harper:

We have received the complaint you submitted to the Office of Legislative Corrections Ombudsman. This letter is to notify you that the Ombudsman is declining to investigate your complaint at this time. We have reviewed your complaint/grievance, and the responses provided to you appear to be reasonable and not in violation of Department policy.

Public Act 46 of 1975, as amended, created the Ombudsman's office. The law states that a person is not entitled as a right to be heard by the Ombudsman, and that the Ombudsman is not required to conduct an investigation on a complaint.

I am sorry our response could not be more favorable at this time.

Sincerely,

*Keith Barber*

Keith Barber
Ombudsman

Enclosure

F4

(25)

Ex hibit E

CHRISTOPHER M. MURRAY
CHIEF JUDGE
JANE M. BECKERING
CHIEF JUDGE PRO TEM
DAVID H. SAWYER
MARK J. CAVANAGH
KATHLEEN JANSEN
JANE E. MARKEY
PATRICK M. METER
KIRSTEN FRANK KELLY
KAREN FORT HOOD
STEPHEN L. BORRELLO
DEBORAH A. SERVITTO
ELIZABETH L. GLEICHER
CYNTHIA DIANE STEPHENS

MICHAEL J. KELLY
DOUGLAS B. SHAPIRO
AMY RONAYNE KRAUSE
MARK T. BOONSTRA
MICHAEL J. RIORDAN
MICHAEL F. GADOLA
COLLEEN A. O'BRIEN
BROCK A. SWARTZLE
THOMAS C. CAMERON
JONATHAN TUKEL
ANICA LETICA
JAMES ROBERT REDFORD
JUDGES

JEROME W. ZIMMER JR.
CHIEF CLERK



State of Michigan

# Court of Appeals

## Detroit

March 15, 2019

HARPER WILLIE EDWARD JR  #932428
BELLAMY CREEK CORR FACILI
1727 W BLUEWATER HWY
IONIA  MI  48846

RE:    PEOPLE OF MI V WILLIE EDWARD HARPER JR
       Court of Appeals No.  347623
       Lower Court No.  17-007857-01-FH

Dear  Sir or Madam:

       The above captioned matter has been filed in this office and the Prosecutor has been given 28 days from the date of this letter to file a response.  At that point, provided it is not defective, it will be eligible for submission to a three-judge panel.  Due to our backlog, it normally takes several months, even if a motion for immediate consideration has been filed, before a determination is made by the assigned panel of judges.  You will receive a copy of their order from this office after they have rendered their decision.

                              Very truly yours,

                              Office of the Clerk

/CLK

DETROIT OFFICE
CADILLAC PLACE
3020 W. GRAND BLVD. SUITE 14-300
DETROIT, MICHIGAN  48202-6020
(313) 972-5678

TROY OFFICE
COLUMBIA CENTER
201 W. BIG BEAVER RD. SUITE 800
TROY, MICHIGAN  48084-4127
(248) 524-8700

GRAND RAPIDS OFFICE
STATE OF MICHIGAN OFFICE BUILDING
350 OTTAWA, N.W.
GRAND RAPIDS, MICHIGAN  49503-2349
(616) 456-1167

LANSING OFFICE
925 W. OTTAWA ST.
P.O. BOX 30022
LANSING, MICHIGAN  48909-7522
(517) 373-0786

COURT OF APPEALS WEB SITE ~ http://courts.mi.gov/courts/coa/

(2.6)

United States District Court
Eastern District Of Michigan

Willie E. Harper Jr #432428
    Plaintiff
                                        Court no —————
vs.
Unknown Arkesteyn,
Unknown Foster, Et al

                Proff Of Service
The undersigned states that on April 8,
2019, He served a true copy of Prisoner
Civil Right Complaint under 42 U.S.C § 1983
on Michigan Attorney General, 7th
Floor, Law Building $25 West Ottawa
Street Lansing Michigan 48903 And
United States District Court, Theo-
dore Levin U.S. Courthouse, 231
W. Lafayette Blvd. Detroit, Michigan
48266, by placing a copy of these
documents in a sealed envelope with
first class postage fully prepaid,
properly addressed, and depositing
said documents in the United
States mail.

I declare that the foregoing state

                (27)

ie E. Harper Jr. #932428
ly Creek Correctional Facility
West Bluewater Highway
Michigan 48846

United States District Court
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, Michigan 48226

RECEIVED
APR 16 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

# CIVIL COVER SHEET FOR PRISONER CASES

| Case No. 19-11106 | Judge: Arthur J. Tarnow | Magistrate Judge: David R. Grand |
|---|---|---|

| **Name of 1st Listed Plaintiff/Petitioner:** | **Name of 1st Listed Defendant/Respondent:** |
|---|---|
| WILLIE E. HARPER JR. | UNKNOWN ARKESTEYN, ET AL |

| **Inmate Number:** 932428 | **Additional Information:** |
|---|---|

**Plaintiff/Petitioner's Attorney and Address Information:**

**Correctional Facility:**

Bellamy Creek Correctional Facility

1727 West Bluewater Highway
Ionia, MI 48846
IONIA COUNTY

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. **Is this a case that has been previously dismissed?**
   ☐ Yes          ☒ No
   ➢ If yes, give the following information:

   Court: _____

   Case No: _____

   Judge: _____

2. **Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)**
   ☐ Yes          ☒ No
   ➢ If yes, give the following information:

   Court: _____

   Case No: _____

   Judge: _____

MIED (Rev. 07/06)  Civil Cover Sheet for Prisoner Cases