UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WILLIE HARPER, JR. #932428,

    Plaintiff,

v.

DAVID ARKESTEYN, ADRIANE FOSTER, BRENDA STEVENSON, KELECHI EGBUCHULAM, BRIAN SHIPMAN, MELISSA JENNINGS, JEROME WARFIELD, ANTHONY KING AND SUE BROWN−WARD.

    Defendants.

No. 2:19-cv-11106-GCS-DRG

HON. GEORGE CARAM STEEH
MAG. JUDGE DAVID R. GRAND

_____/

| | |
|---|---|
| Frank J. Lawrence (DC# 1048420) | Keith G. Clark (P56050) |
| Attorney for Plaintiff Harper #932428 | Scott R. Rothermel (P70711) |
| 941 Westview Road | Attorneys for Defendants |
| Bloomfield Hills, MI  48304 | Mich. Dep't of Attorney General |
| (248) 722-2560 | MDOC Division |
| flawrence1@hotmail.com | P.O. Box 30217 |
| | Lansing, MI 48909 |
| | (517) 335-3055 |
| | rothermels@michigan.gov |
| | Clarkk33@michigan.gov |

_____/

**STIPULATED ORDER DISMISSING CASE WITH PREJUDICE AND WITHOUT COSTS**

    Based on the stipulation of the Parties;

    It is ORDERED that this case is dismissed with prejudice and without costs or attorney's fees to either party, except as provided in the settlement agreement.

Dated: March 6, 2023                  s/George Caram Steeh
Detroit, Michigan                     HON. GEORGE CARAM STEEH
                                             UNITED STATES DISTRICT JUDGE

Stipulated to by:

/s/ Frank J. Lawrence (DC# 1048420)
Attorney for Plaintiff Willie Harper

/s/ *Keith G. Clark* (P56050)
Attorney for Defendants